UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAREESE YOUNG and TRACI HILL,

        Plaintiffs,

v.

BMG LOANSATWORK, LLC et al.,

        Defendants.

Case No. 2:24-cv-10758

HONORABLE STEPHEN J. MURPHY, III

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Plaintiffs filed a notice of voluntary dismissal. ECF 17. "Plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A) (alterations omitted). Because Defendants filed neither an answer nor a motion for summary judgment, dismissal under Rule 41 is proper. The Court will therefore dismiss the case without prejudice.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

This is a final order that closes the case.

**SO ORDERED.**

                                          s/ Stephen J. Murphy, III
                                          STEPHEN J. MURPHY, III
                                          United States District Judge

Dated: May 8, 2024